# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:17-CR-0312-01-DGK |
| ANDRE D. MILLER, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is the Government's Motion to File Response to Report and Recommendation Out of Time (Doc. 66).

The motion is GRANTED.

**IT IS SO ORDERED.**

Date:  October 25, 2018  /s/ Greg Kays
GREG KAYS, CHIEF JUDGE
UNITED STATES DISTRICT COURT