# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:17-CR-0312-01-DGK |
| ) | |
| ANDRE D. MILLER, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING THE MAGISTRATE'S REPORT AND RECOMMENDATION DENYING DEFENDANT'S MOTION TO SUPPRESS

Pending before the Court are Defendant's Motion for Suppression of the Government's Evidence (Doc. 47) and United States Magistrate Judge John Maughmer's Report and Recommendation (Doc. 65) advising that the Court deny the motion.

After reviewing the report and conducting an independent review of the applicable law and record, *see* L.R. 74.1(a)(2), the Court ADOPTS the Report and Recommendation (Doc. 65) and DENIES the motion (Doc. 47).

**IT IS SO ORDERED.**

Date:  October 25, 2018     /s/ Greg Kays
                            GREG KAYS, CHIEF JUDGE
                            UNITED STATES DISTRICT COURT